Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

MARY ANN CASTLEBERRY

CASE NO. 10-70011-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 0970 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:    2/9/2010   Orig. Time:    12:00 PM        Reset Date:            Reset Time:

  B. Meeting Results:        Adjourned

  C. Debtor(s):    Debtor 1 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of        2/9/2010    $1,363.00      First Payment Due Date:      2/13/2010

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:        B22C Form is:      Complete

      Budgeted Income:    $8,552.37    Expense:    $7,189.56    Surplus:    $1,362.81

      Plan Payment:   $1,363.00   Monthly                    Plan Term(Months):    60

  I. Value of Non-Exempt Property:    $59,749.77   Proposed Amount to Unsecured Creditors:    $0.00

      Objection to Exemption of:

      ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

      ___ Object to Invoke Stay Pleading

      ___ Case Converted from Chapter 7, Bar Date Set:    5/10/2010   Date Converted from Chapter 7:

  J. Required Information:    Good

  K. Business Information:

  L. Object to Confirmation:    Yes

      FYI: $286,351 Hardacre amount comes into play if an objection is filed
      Sch A fails to list the correct secured claim amounts
      Sch B fails to include all assets
      Sch B fails to correctly value assets
      Sch D fails to list 7527 FM 1763 mortgage
      Non-exempt can't be determined until Sch A, B, C, & D are amended
      Feasibility until non-exempt property figure is determined
      Sch I fails to include all income
      Sch J lists excessive expenses
      Plan fails to list 7527 FM 1763 mortgage
      Texoma CCU's $30,602.23 secured claim is under secured & direct
      Debt servicing multiple properties & vehicles at a loss
      Failure to include all disposable income

  M. Financial Management Class:    Debtor 1 Appeared

  N. Eligibility:

      Certificate of Credit Counseling Filed:    Debtor 1

      Credit Counseling Provider Approved:                Yes

      Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):        No

  O. Domestic Support Obligation:    $0.00    Current:            Arrears:        $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:    Questions
        -Final divorce decree yet?

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone   (806) 748-1956 Fax

No, will be 2/16/10.
    -Settlement amount & property division.
-Exempting 7591 FM 1763 under TexPropCode, but she does not live on the property-eq
    -Mrs is renting a home at 2520 Paradise, but exempting 7591 FM 1763
She will get equity out of 7591 FM 1763 -- per Ben Greene this is fine.
    -Sch A fails to list the correct secured claim amounts
        -Sch A scheduled amounts are much higher than plan scheduled amounts
        -Sch A, Sch D, and plan schedule amounts do not match; unable to determine equity in properties.
    -Sch B fails to correctly value assets
        -Waggoner Nat'l-4806 $3054 - her name only
        -Waggoner Nat'l-7048 $2,867 - her name only - not listed on Sch B
    -Sch B fails to include all assets
        -Livestock, 98 3/4 ton Chevy, Bobcat, Peterbilt Truck, & Cattle Trailer are not listed.
          -all are found on the tax returns
    -Sch D fails to list 7527 FM 1763 mortgage.
-Non-exempt can't be determined until Sch A, B, C, & D are amended.
    -Sch I fails to include all income.
        -If Mrs is only going to rent & keep the 10 Edge she should show everything else as direct.
        -Sch I should show Mr paying for all other property or show income from the properties.
        -Acknowledge non-exempt property figure.
    -Sch J lists excessive expenses
        -National Standard for 1 is $2,152
        -Sch J is $7,189.56-3,198.60=$3,990.96
    -Plan fails to list 7527 FM 1763 mortgage
    -Texoma CCU's $30,602.23 secured claim is under secured & direct
    -Debt servicing multiple properties & vehicles at a loss.
        -Trustee will not allow the 3 properties or the 2 extra vehicles to be retained at a loss.
        -How will the real & personal property be distributed?
Objections
    -FYI: $286,351 Hardacre amount comes into play if an objection is filed
    -Exempts: Exempting 7591 FM 1763 under TexPropCode, but debtor does not live on the property -- will not
pursue objection to exemptions
    -Sch A fails to list the correct secured claim amounts
    -Sch B fails to include all assets
    -Sch B fails to correctly value assets
    -Sch D fails to list 7527 FM 1763 mortgage
    -Non-exempt can't be determined until Sch A, B, C, & D are amended
    -Feasibility until non-exempt property figure is determined
    -Sch I fails to include all income
    -Sch J lists excessive expenses
    -Plan fails to list 7527 FM 1763 mortgage
    -Texoma CCU's $30,602.23 secured claim is under secured & direct
    -Debt servicing multiple properties & vehicles at a loss
    -Failure to include all disposable income

Dated:    2/9/2010

          /s/ Walter O'Cheskey

          Standing Bankruptcy Trustee
          By:    Brent Hagen

| | | | | |
|---|---|---|---|---|
| **Case Number:** | **10-70011** Page 3 of 4 | | | |
| **Debtor:** | **Castleberry** | | | |
| **Attorney:** | **MJW** | | | |
| **Presiding Officer:** | **Brent Hagan** | | | |
| **Calculation Date:** | | | | **2/9/2010 9:40** |

| Domestic Support **Input name from Plan** | Arrears **Enter amount from Plan** | Int. Rate **Enter from Plan** | Term **Per Plan** | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral **Input name from Plan** | Value/Claim Amount **Enter amount from Plan** | Int. Rate **Enter from Plan** | Term **Per Plan** | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor **Input name from Plan** | Value/Claim Amount **Enter amount from Plan** | | Term **Per Plan** | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $2,861.55 | | 6 | $476.93 | $2,861.55 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Attorney Fees**     **Paid Through the Plan** | $2,699.00 | | $2,699.00 |
| **Noticing Fees** | $94.00 | | $94.00 |
| **Clerk Filing Fees** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | **$0.00** | <-------------- | |
| Chapter 7 Minimum (Gross) | $59,749.77 | | |
| Less Trustee Fees | $5,974.98 | | |
| Less Attorney Fees | $2,699.00 | | |
| Less Noticing Fees | $94.00 | Greater Of --------> | $48,120.24 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $2,861.55 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | **$48,120.24** | <-------------- | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $112,954.90 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $59,739.33 |
| Debtor Plan Base (Monthly Payment X Term) | $81,780.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $22,040.67 |

**Comments:**

$286,351 Hardacre if objection is filed

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 2/9/2010 9:40 |

| | | |
|---|---|---|
| Schedule I Gross Income | | $9,021.24 |
| Less Line 57 B22C | | $4,248.71 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | ($4,772.53) |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 60 |
| Minimum to Unsecureds | | $0.00 |

| Comments: |
|---|